IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Wendy A. Bouchard, | ) | C/A No.: 3:11-982-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| John E. Potter, Postmaster General | ) | |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on the motion [Entry #16] of Defendant to compel Plaintiff to respond to Interrogatories and Requests for Production served January 4, 2012. The motion indicates that the discovery requests were duly served and that full and complete responses have not been made within the time prescribed by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 26. When no response was received, Defendant followed up by letters dated February 22 and March 1, 2012. [Entry ##16-3, 16-4]. Defendant received no response to those letters.

In light of the foregoing, the court grants the motion to compel. Plaintiff is directed to provide responses to the discovery request by April 3, 2012.

IT IS SO ORDERED.

*Shiva V. Hodges*

March 20, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge